543 U.S. 1004
 ARMSTRONG
v.
RUSHTON, TRUSTEE, ET AL.;
ARMSTRONG
v.
RUSHTON, TRUSTEE, ET AL.;
ARMSTRONG
v.
RUSHTON, TRUSTEE, ET AL.;
ARMSTRONG
v.
RUSTON, TRUSTEE, ET AL.; and
ARMSTRONG
v.
RUSHTON, TRUSTEE, ET AL.
 No. 04-546.
 Supreme Court of United States.
 November 29, 2004.
 
 1
 C. A. 10th Cir. Certiorari denied. Reported below: 97 Fed. Appx. 285 (fourth judgment); 99 Fed. Appx. 860 (first judgment) and 866 (third judgment); 101 Fed. Appx. 766 (second judgment).